# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LEE JOSEPH CHERNOFF, | No. 18cv417 WJ/KK |
| Plaintiff, | Consolidated with: |
| v. | No. 18cv418 WJ/KK |
| | No. 18cv419 WJ/KK |
| WILLIAM LEE CARTER et al., | No. 18cv420 WJ/KK |
| | No. 18cv421 WJ/KK |
| Defendants. | No. 18cv422 WJ/KK |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff's failure to file an amended complaint. Plaintiff, who is proceeding *pro se*, initiated six cases on May 2, 2018, against various Defendants. Because the Complaints in each of the cases contained identical factual allegations, the Court consolidated the cases. In addition to his civil rights claims, the Complaints assert general conspiracy claims and claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968. The Court dismissed the Complaints, some for failure to state a claim, some because the Defendants are immune from suits for damages, and some because the claims are barred by the statute of limitations. *See* Doc. 5, filed May 10, 2018. The Court granted Plaintiff leave to file an amended complaint. Plaintiff did not file an amended complaint by the May 31, 2018, deadline. The Court therefore dismisses these cases without prejudice.

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE